(September 29, 2015)

In the Matter of STATE OF NEW YORK, Respondent, v KENNETH W., Appellant. [16 NYS3d 733]—

Order, Supreme Court, New York County (Daniel Mc-

Cullough, J.), entered on or about January 28, 2014, which, upon a jury verdict that respondent suffers from a mental abnormality, determined, after a dispositional hearing, that he is a dangerous sex offender requiring confinement in a secure treatment facility, unanimously reversed, on the law, without costs, and the petition dismissed.

The verdict that respondent suffers from a mental abnormality is based on legally insufficient evidence. Evidence of an independent mental abnormality diagnosis is required to establish a mental abnormality within the meaning of Mental Hygiene Law article 10 (see Matter of State of New York v Donald DD., 24 NY3d 174, 190-191 [2014]). Here, we find that based on the trial evidence, a rational factfinder could not conclude that sexual preoccupation is an independent mental abnormality. The State failed to present evidence that sexual preoccupation is a condition that predisposes one to commit a sex offense and results in serious difficulty in controlling the sexually offending conduct (see Matter of State of New York v Gen C., 128 AD3d 467 [1st Dept 2015]; Mental Hygiene Law § 10.03 [i]). Concur—Gonzalez, P.J., Sweeny, Renwick, Saxe and Feinman, JJ.